APPEAL No. 75-146. FEDDERS FINANCIAL CORPORATION *v.* ARMAND'S ENGINEERING, INC. *et al.* Case is assigned to the calendar for December 13, 1976, 9:30 a.m. for oral argument. The defendants will be expected to show cause why the appeal should not be summarily disposed of because of this Court's previous statement that motions as presented in this case are directed to the sound discretion of the trial justice, *Friendly Finance Corp.* v. *Calise,* 105 R.I. 203, 205, 250 A.2d 709, 710 (1969), and in view of the plaintiff's argument that no appeal lies in this case. *Charles J. McGovern,* for plaintiff. *John Quattrocchi, Jr.,* for defendants.

APPEAL No. 75-147. CLAIRE GRENIER *v.* ROYAL CAB, INC. Case is assigned to the calendar for December 13, 1976, 9:30 a.m. for oral argument. The defendant will be expected to show cause why its appeal should not be summarily disposed of in view of the statement by the trial justice that he would have returned the same verdict, *Cinq Mars* v. *Standard Cab Co.,* 103 R.I. 103, 235 A.2d 81 (1967), and the defendant should discuss in what manner the trial justice was clearly wrong in denying a new trial. *Ferretti* v. *Berry,* 96 R.I. 67, 189 A.2d 344 (1963). *William P. Butler, Claude F. Lefebvre,* for plaintiff. *Gunning, LaFazia & Gnys, Inc., Richard T. Linn,* for defendant.